IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN GUTIÉRREZ LÓPEZ, her husband DR. VIRIATO DIEZ ROSALES, their conjugal partnership and their daughter VIRIANA DIEZ LÓPEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KMART HOLDING CORPORATION; X, Y AND Z INSURANCE COMPANIES,<br><br>Defendants. | CASE NO.05-02337<br><br><br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.Civ.P. 41 (a)(1)(i)**

TO THE HONORABLE COURT:

COME NOW the plaintiffs Carmen Gutiérrez López (hereinafter referred to as **"plaintiff"** or **"Gutiérrez"**), her husband Dr. Viriato Diez Rosales (hereinafter referred to as **"Diez"**), their conjugal partnership, and their daughter Viriana Diez Gutíerrez (hereinafter referred to as **"Viriana"**), through their undersigned attorneys, and to this Honorable Court respectfully state, allege and pray as follows:

1. The defendants have not filed an answer nor has a motion for summary judgment been filed.

2. Plaintiff hereby notifies its voluntary dismissal of

the captioned case pursuant to **F.R.Civ.P. 41 (a)(1)(i)**.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification if such filing to the following: NOBODY

**MARTINEZ & TORRES LAW OFFICES**
P.O. Box 192938
San Juan, PR 00919-2938
Tel. (787) 767-8244
Fax (787) 767-1183

S/Vanessa Torres Quiñones

---

By:  Vanessa M Torres Quiñones
USDC -PR 217401
vtorres@martineztorreslaw.com