**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| CARMEN GUTIERREZ LOPEZ, ET AL.,<br><br>         Plaintiff,<br><br>              v.<br><br>KMART HOLDING CORPORATION., ET AL.<br><br>         Defendants. | Civil No. 05-2337(PG) |
|---|---|

### J U D G M E N T

WHEREFORE, it is hereby **ORDERED and ADJUDGED** that this case be **dismissed without prejudice** pursuant to Fed.R.Civ.P. 41(a)(1)(I).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, June 5, 2006.

                                        S/JUAN M. PEREZ-GIMENEZ
                                        U. S. District Judge